IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ALVIN WILSON #2008157142 | * | |
| Plaintiff, | * | |
| v. | * | 2:09-CV-906-TMH (WO) |
| OFFICER QUINLEY D-24, | * | |
| Defendant. | * | |

**ORDER**

This case is presently pending before the court on a complaint filed by Plaintiff, an inmate incarcerated in the Chilton County Jail. A thorough review of this complaint indicates that the complaint merely contains a general conclusion of a constitutional violation and fails to identify factual allegations material to specific counts lodged against the named defendant with respect to any violations of Plaintiff's constitutional rights.

"This type of pleading completely disregards Rule 10(b)'s requirement that discrete claims should be plead in separate counts, *see Anderson v. Dist. Bd. of Tr.*, 77 F.3d 364-366-67 (11th Cir. 1996), and is the type of complaint that [has been] criticized time and again." *Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001). Accordingly, the court deems it appropriate to require Plaintiff to amend his complaint to correct the deficiencies noted herein.

Accordingly, it is

ORDERED that on or before **October 30, 2009** Plaintiff shall amend his complaint to provide the following additional factual information:

1. Identify specific claims relative to *actions taken against him* by the named defendant and list these claims in separate counts;

2. Describe with clarity those factual allegations that are material to each specific count against the named defendant; and

3. Describe how the named defendant violated *his* constitutional rights.

Plaintiff is hereby advised that the amendment to his complaint must set forth short and plain statements showing why he is entitled to relief and be specific enough to put the defendant on notice of how his conduct allegedly violated Plaintiffs' constitutional rights and should contain only claims relative to actions taken against him by the named defendant. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. Plaintiff is further advised that his failure to timely and properly comply with the directives contained in this order will result in a Recommendation that this action be dismissed.

DONE, this 15th day of October 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE